1 Young Cho
Attorney at Law: 189870
2 Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
3 Santa Fe Springs, California 90670
Tel.: (562) 868-5886
4 Fax: (562) 868-5491
E-mail: rohlfing_office@msn.com
5
Attorneys for Plaintiff FRANKIE ADAMS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| FRANKIE ADAMS, | ) Case No.: CV 06-485 MAN |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER AWARDING |
| vs. | ) EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Young Cho, as Plaintiff's assignee and subject to the reservation of rights, the amount of four thousand six hundred dollars ($4,600.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: July 28, 2008

_____/s/_____
THE HONORABLE MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-